McMILLION & HIRTENSTEINER, LLP
Janine S. McMillion (SBN 195036)
16835 Algonquin, Suite 303
Huntington Beach, CA 92649
Telephone: (714) 642-1312
Telecopier: (866) 707-0282

Attorneys for Defendants,
S.B. RESTAURANT, CO. DBA ELEPHANT BAR RESTAURANT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO RAMIREZ, <br><br> Plaintiff, <br><br> vs. <br><br> S.B. RESTAURANT CO. DBA ELEPHANT BAR RESTAURANT; S.B. RESTAURANT and Does One through Ten <br><br> Defendants. | Case No.: CO8-00099 (MEJ) <br><br> **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO THE COMPLAINT** |

IT IS HEREBY STIUPATED by and between the parties hereto through their respective attorneys of record that Defendants be granted an extension in which to file their responsive pleading.

The extension is requested because both parties have agreed to participate in good faith settlement discussions to avoid further litigation. Both parties are scheduled to meet in the first

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE**

1  week of March in an attempt to resolve the entire case. Accordingly, both parties are requesting
2  an extension up to and including March 10 in which to file the responsive pleading.
3
4  Dated: January 31, 2008                McMILLION & HIRTENSTEINER, LLP
5
6
7                                          By: _____ for
                                            Janine McMillion, Esq.
8                                           Attorneys for Defendant, S.B. Restaurant,
                                            Co.
9
10 Dated: 2/1/08                            HERRICK LAW OFFICES
11
12                                          By_____
                                            Michael Herrick, Esq.
13                                          Attorneys for Plaintiff, Julio Ramirez
14
                                    **ORDER**
15
                                 **IT IS SO ORDERED**
16
17 Defendant will have up to and including _____ in which to file a responsive pleading
18 to the Complaint.
19
20 Dated: _____                    _____
21                                          United States District Court
22
23
24
25
26
27
28