# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO RAMIREZ,<br><br>Plaintiff,<br><br>vs.<br><br>S.B. RESTAURANT CO., D/B/A ELEPHANT BAR RESTAURANT and Does One through Ten,<br><br>Defendants. | Case No. C 08-00099 MEJ<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT TO FILE ANSWER** |

Plaintiff Julio Ramirez and Defendant S.B. Restaurant Co. have stipulated that Defendant be granted an extension in which to file its responsive pleading. The stipulation is accepted and Defendant is granted an extension to March 10, 2008 in which to file its first responsive pleading.

**IT IS SO ORDERED.**

**Dated** _____

_____
**Hon. Magistrate Judge Maria-Elena James
United States District Court**