**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIO RAMIREZ, | Case No. C 08-00099 MEJ |
| Plaintiff, | **ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT TO FILE ANSWER** |
| vs. | |
| S.B. RESTAURANT CO., D/B/A ELEPHANT BAR RESTAURANT and Does One through Ten, | |
| Defendants. | |

Plaintiff Julio Ramirez and Defendant S.B. Restaurant Co. have stipulated that Defendant be granted an extension in which to file its responsive pleading. The stipulation is accepted and Defendant is granted an extension to March 10, 2008 in which to file its first responsive pleading.

**IT IS SO ORDERED.**

**Dated** _____

_____
**Hon. Magistrate Judge Maria-Elena James**
**United States District Court**

1

# PROOF OF SERVICE
*United States District Court for the Eastern District of California*
*Green v. A-Metro Auto Glass, Inc. et al.*
**Case No. 2:07-CV-01612-MCE-EFB**

I, Michael L. Smith, declare:

I, am a citizen of the United States over the age of 18, an active member of the State Bar of California, No. 252726, and the Bars of Iowa, Eighth Circuit Court of Appeals, United States District Courts for the Northern and Southern Districts of Iowa, and not a party to the within action.  My business address is 1750 Montgomery Street #1104, San Francisco, California, 94111-1063.

On the date last written below, I served:

**(Proposed) ORDER GRANTING EXTENSION OF TIME**
**FOR DEFENDANT TO FILE ANSWER**

on the Defendant in this action by placing a copy thereof, first class postage prepaid, in the U.S. Mail, addressed to:

Janine S. McMillion, Esq.
McMILLION & HIRTENSTEINER, LLP.
16835 Algonquin, #303
Huntington Beach, CA 92649

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Dated: February 8, 2008

\_\_\_/s/ Michael L. Smith_____
MICHAEL L. SMITH, Esq.

**RAMIREZ** COMPLAINT FOR DAMAGES                2.