**McMILLION & HIRTENSTEINER, LLP**
Janine S. McMillion (SBN 195036)
16835 Algonquin, Suite 303
Huntington Beach, CA 92649
Telephone: (714) 642-1312
Telecopier: (866) 707-0282

Attorneys for Defendants,
S.B. RESTAURANT, CO.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO RAMIREZ, an individual, | Case No.: C08-00099 MEJ |
| Plaintiff, | |
| vs. | **[PROPOSED]ORDER GRANTING DEFENDANT S.B. RESTAURANT CO.'S MOTION TO COMPEL PLAINTIFF TO SUBMIT MATTER TO BINDING ARBITRATION** |
| S.B. RESTAURANT Co., a California corporation; and DOES 1 through 100, inclusive. | |
| Defendants. | Discovery cutoff: None |
| | Motion cutoff: None |
| | Trial: None |
| | [*Complaint Filed: Date January 7, 2008*] |

Defendant S.B. RESTAURANT, CO.'S Motion to Compel Plaintiff to submit to binding arbitration came on regularly for hearing before the Honorable Maria-Elena James. Janine S. McMillion of McMillion & Hirtensteiner, LLP appeared on behalf of Defendants and Michael

,                                                                       -1-

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL PLAINTIFF TO SUBMIT TO BINDING ARBITRATION

1  Herrington of The Law Offices of Michael Herrington appeared on behalf of Plaintiff. After
2  considering the moving and opposing papers submitted by the parties, and hearing oral argument
3  by the parties, the Court granted Defendants' Motion to Compel Plaintiff to Submit to Binding
4  Arbitration and to stay the present action.
5
      IT IS HEREBY ORDERED.
6
7
  _____                            _____
8  Dated:                                                    UNITED STATES DISTRICT COURT JUDGE

-2-

**PROOF OF SERVICE**

STATE OF CALIFORNIA    )
                       )
COUNTY OF ORANGE       )

      I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 16835 Algonquin, Suite 303, Huntington Beach, CA 92649.

      On March 10, 2008, I caused to be served the foregoing documents described as**:**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope as follows:

| **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL PLAINTIFF TO SUBMITBMATTER TO BINDING ARBITRATION AND TO STAY JUDICIAL PROCEEDINGS** | |
|---|---|

[ X ]  **By MAIL** addressed as follows:

    MICHAEL HERRICK
    LAW OFFICES OF MICHAEL HERRICK
    1750 Montgomery Street, Suite 1104
    San Francisco, CA  94111-1063

    **Attorneys for Plaintiff Shenay Lowe**

  [ X ]  **STATE** - I am "readily familiar" with McMILLION & HIRTENSTEINER, LLP. practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thiseon fully prepaid at Huntington Beach, California, in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter is more than one (1) day after date of deposit for mailing in affidavit.

  [  ]  **FEDERAL** - I deposited such envelope in the U.S. Mail at Huntington Beach, California, with postage thiseon fully prepaid.

[  ]  **By EXPRESS MAIL** as follows: I caused such envelope to be deposited in the U.S. Mail at Huntington Beach, California.  The envelope was mailed with Express Mail postage thiseon fully prepaid.

[  ]  **By CERTIFIED MAIL** as follows: I am "readily familiar" with McMillion & Hirtensteiner, LLP's practice for the collection and processing of correspondence for mailing with the United States Postal Service; such envelope will be deposited with the United States Postal Service on the above date in the ordinary course of business at the business address shown above; and such envelope was placed for collection and mailing, by Certified United States Mail, Return Receipt Requested, on the above date according to McMillion & Hirtensteiner's ordinary business practice.

[

...

[ ] **By PERSONAL SERVICE** as follows: I caused a copy of such envelope to be delivered by hand to the offices of the addressee(s) between the hours of 9:00 a.m. and 5:00 p.m.

[ ] **By OVERNIGHT COURIER SERVICE** as follows: I caused such envelope to be delivered by overnight courier service to the offices of the addressee(s). The envelope was deposited in or with a facility regularly maintained by the overnight courier service with delivery fees paid or provided for.

[ ] **By FACSIMILE** as follows: I caused such documents to be transmitted to the telephone number of the addressee(s) listed below, by use of facsimile machine telephone number (714) 377-0035. The facsimile machine used complied with *California Rules of Court*, Rule 2004 and no error was reported by the machine. Pursuant to *California Rules of Court*, Rule 2006(d), a transmission record of the transmission was printed.

[ x ] **BY ELECTRONIC TRANSMISSION:** The document(s) was transmitted electronically on this date, to the designated electronic address(es) listed above.

[ ] **FOR REPLY OR OPPOSITION PAPERS:** The foregoing Reply or Opposition papers were also transmitted to the telephone number of the addressee(s) listed above, by use of facsimile machine telephone number (866)707-0282, consistent with the provisions of CAL. CIV. PROC. CODE Sections 1010, 1011, 1012, and 1013, and said transmission was reasonably calculated to ensure delivery to all othis interested parties to the within action not later than the close of the next business day after the date the foregoing Reply or Opposition papers were filed, pursuant to CAL. CIV. PROC. CODE Section1005(b). The facsimile machine used complied with *California Rules of Court*, Rule 2004, no error was reported by the machine, and a transmission record of the transmission was printed.

[X] **STATE** - I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

[ ] **FEDERAL** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 10, 2008 at Huntington Beach, California.

__**Janine McMillion**__   _____
**Type or Print Name**              **Signature**

-4-

[