# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

**E-filing**

SUMMONS IN A CIVIL CASE

JULIO RAMIREZ

v.

CASE NUMBER: C08-00099 MEJ

S.B. RESTAURANT CO., D/B/A ELEPHANT BAR RESTAURANT

TO: (Name and address of defendant)

S.B. RESTAURANT CO.
14241 FIRESTONE BLVD, SUITE 315
LA MIRADA, CA 90638

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MICHAEL HERRICK
LAW OFFICES OF MICHAEL HERRICK
1750 MONTGOMERY STREET
SUITE 1104
SAN FRANCISCO, CA 94111-1063

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

JAN - 7 2008

DATE

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Michael M. Herrick [63666]<br>Herrick Law Offices<br>1750 Montgomery Street, #1104<br>San Francisco, CA 94111-1063<br>TELEPHONE NO.: 415-781-2804    FAX NO. *(Optional)*: 415-781-8446<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Miguel Valdez Alvarado | |

~~XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX~~
STREET ADDRESS: United States District Court
MAILING ADDRESS: Northern District Court of California
CITY AND ZIP CODE:
BRANCH NAME:

| PLAINTIFF/PETITIONER: Julio Ramirez | CASE NUMBER:<br>C08-00099 MEJ |
|---|---|
| DEFENDANT/RESPONDENT: S.B. Restaurant Co., D/B/A Elephant Bar Restaurant | |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No:<br>PS.80173 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ summons
   b. ☐ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents)*: SEE Attachement to Proof of Service;

3. a. Party served *(specify name of party as shown on documents served)*:
      S.B. Restaurant Co.

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made)*(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   14241 Firestone Blvd., Suite 315, La Mirada, CA 90638

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:                                    (2) at *(time)*:
   b. ☒ **by substituted service.** On *(date)*: 01/22/2008   at *(time)*: 11:55 am    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      Lourdes Gomez - Person In Charge

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) ☒ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) ☒ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
         *(date)*:                    from *(city)*:                            or ☒ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

Martin Dean's
ESSENTIAL FORMS™

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10

Herrick,Michael

| | |
|---|---|
| PLAINTIFF/PETITIONER: Julio Ramirez | NUMBER: 3-00099 MEJ |
| DEFENDANT/RESPONDENT: S.B. Restaurant Co., D/B/A | |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
    (1) on *(date)* :                            (2)  from *(city)* :
    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.*)* (Code Civ. Proc., § 415.30.)
    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
  d. ☐ **by other means** *(specify means of service and authorizing code section)* :

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify)* :
  c. ☐ as occupant.
  d. ☐ On behalf of *(specify)* :
    under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)              ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)       ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)       ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)                 ☐ 415.46 (occupant)
                                                      ☐ other:

7. **Person who served papers**
  a. Name: C. Gonzalez
  b. Address: 414 Pendleton Way, Suite #2, Oakland, CA 94621
  c. Telephone number: 510-562-9705
  d. **The fee** for service was: $
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☒ registered California process server:
      (i)  ☐ owner  ☐ employee  ☒ independent contractor.
      (ii) Registration No.: 3415
      (iii) County: Los Angeles

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 01/29/2008

C. Gonzalez
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)    ▶    (SIGNATURE)

MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Michael M. Herrick [63006]<br>Herrick Law Offices<br>1750 Montgomery Street, #1104<br>San Francisco, CA 94111-1063 | |
| TELEPHONE NO.: 415-781-2804   FAX NO. (Optional): 415-781-8446 | |
| E-MAIL ADDRESS (Optional): | |
| ATTORNEY FOR (Name): Miguel Valdez Alvarado | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF |
|---|
| STREET ADDRESS: United States District Court |
| MAILING ADDRESS: Northern District Court of California |
| CITY AND ZIP CODE: |
| BRANCH NAME: |

| PLAINTIFF/PETITIONER: Julio Ramirez | |
|---|---|
| DEFENDANT/RESPONDENT: S.B. Restaurant Co., D/B/A Elephant Bar Restaurant | |
| DECLARATION<br>ATTACHMENT TO PROOF OF SERVICE | CASE NUMBER:<br>C08-00099 MEJ |

I, the undersigned, declare as follows:

I served the following documents:

1. Summons in a Civil Case;
2. Complaint for Damages and Demand for a Jury Trial;
3. Order Setting Initial Case Management Conference and ADR Deadlines;
4. Case Management Standing Order Magistrate Judge Maria-Elena James;
5. Notice of Trial Assignment to United States Magistrate Judge and Order to File Consent/Request for Reassignment Form;
6. Consent to Assignment or Request for Reassignment;
7. Standing Order Re: Discovery and Dispute Procedures for Cases Assigned or Referred to Mag. Judge Maria-Elena James;
8. Contents of Joint Case Management Statement;
9. ECF Registration Information Handout;
10. Notice of Assignment of Case to a United States Magistrate Judge for Trial;
11. Consent to Proceed Before a United States Magistrate Judge;
12. Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge;
13. (ADR) Dispute Resolution Procedures in the Northern District of California packet;
///
///
///

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 01/29/2008

C. Gonzalez (#3415 Los Angeles County)
(TYPE OR PRINT NAME)



(SIGNATURE OF DECLARANT)

☐ Attorney for   ☐ Plaintiff   ☐ Petitioner   ☐ Defendant
☐ Respondent    ☒ Other (Specify):
                      PROCESS SERVER

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. January 1, 2006]

Martin Dean's
ESSENTIAL FORMS™

**DECLARATION**

Page 1 of 1

Herrick, Michael