# HERRICK LAW OFFICES
1750 Montgomery Street, # 1104
San Francisco, CA 94111-1063
(415) 781 2804

Monday, March 31, 2008

# FAX


(415) 781-8446

## TO:

**NAME:** Janine S. McMillion, Esq. _

**WHERE:** McMILLION & HIRTENSTEINER, LLP.
 16835 Algonquin, #303,
 Huntington Beach, CA  92649

**FAX # :** (866) 707-0282

**Note:** RETURNED SIGNED JOINT STIPULATION FOR EXTENTION.

**NUMBER OF PAGES: 3**

IF YOU DO NOT RECEIVE ALL PAGES
PLEASE CALL BACK AT (415) 781-2804 AS
SOON AS POSSIBLE

**SENDER:**     *MICHAEL M. HERRICK*

# MICHAEL M. HERRICK

*Attorney At Law*
1750 MONTGOMERY STREET, #1104
SAN FRANCISCO, CA 94111-1063
Phone (415) 781-2804
Fax (415) 781-8446
herrick@wagelaw.com

Admitted: California
Texas
North Dakota
U.S. Supreme Ct.

*Martindale Hubbel AV Rated*
*No. California "Super Lawyer" 2004-7*
*CPCU, Bronze Star Medal Vietnam*

March 31, 2008

Janine S. McMillion, Esq.
McMillion & Hirtensteiner, LLP
16835 Algonquin, Suite 303
Huntington Beach, CA 92649

   Re: **Ramirez / Elephant Bar Restaurant**
     **USFDC NDC Case # C08 99 MEJ**
     **Your March 26, 2008, Request for Extension**
     **For Motion To Compel Arbitration and Case**
     **Management Conference.**

Dear Ms. McMillion,

  Please find attached my signed joint stipulation to extend the time for the motion to compel arbitration, now set for April 17, 2008, and, for the case management conference. It is our understanding that this extension shall apply to both parties.

  I have been in trial and it therefore took me a little longer than is should have to get back to you on this request. I sincerely hope that your medical issues get resolved early and favorably. Good luck.

  I would appreciate if you could get this filed with the Court as soon as possible because I have deferred my opposition to your motion pending this extension.

Very truly yours,

MICHAEL M. HERRICK,
California State Bar #63666

MMH/vjw

1  **McMILLION & HIRTENSTEINER, LLP**
   Janine S. McMillion (SBN 195036)
2  16835 Algonquin, Suite 303
   Huntington Beach, CA 92649
3  Telephone: (714) 642-1312
   Telecopier: (866) 707-0282
4

5  Attorneys for Defendants,
   S.B. RESTAURANT, CO.

6

7

8               **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | JULIO RAMIREZ, an individual, | ) | Case No.: C08-00099 MEJ |
12 |                               | ) |                         |
   |            Plaintiff,         | ) |                         |
13 |                               | ) | **JOINT STIPULATION TO** |
   | vs.                           | ) | **EXTEND INITIAL CASE**  |
14 |                               | ) | **MANAGEMENT CONFERENCE**|
   | S.B. RESTAURANT Co., a        | ) | **AND MOTION TO COMPEL** |
15 | California corporation;       | ) | **ARBITRATION HEARING SET** |
   | and DOES 1 through 100, inclusive. | ) | **FOR APRIL 17, 2008** |
16 |                               | ) |                         |
   |            Defendants.        | ) | Discovery cutoff: None  |
17 |                               | ) | Motion cutoff: None     |
   |                               | ) | Trial: None             |
18 |                               | ) |                         |
   |                               | ) | [*Complaint Filed: Date January 7,* |
19 |                               | ) | *2008*]                 |

26         **IT IS HEREBY STIPULATED** by and between Plaintiff Julio Ramirez and

27 Defendant S.B. Restaurant that the Initial Case Management Conference and Defendant's Motion

28
                                    -1-



JOINT STIPULATION TO EXTEND INITIAL CASE MANAGEMENT CONFERENCE AND MOTION TO

to Compel Arbitration set for April 17, 2008 be extended to a date agreeable to the Court sometime after June 15, 2008.

This stipulation is based on the grounds Defense Counsel has recently learned that she will be having surgery on April 8, 2008 and is expected to return approximately six weeks later.

DATED: March 26, 2008

**MCMILLION & HIRTENSTEINER, LLP**

By: _____
JANINE S. MCMILLION, ESQ.
Attorney for Defendant

DATED: March 26, 2008

**LAW OFFICES OF MICHAEL HERRINGTON**

By: _____
MICHAEL HERRINGTON, ESQ.
Attorney for Plaintiff