1 **McMILLION & HIRTENSTEINER, LLP**
Janine S. McMillion (SBN 195036)
2 16835 Algonquin, Suite 303
Huntington Beach, CA 92649
3 Telephone: (714) 642-1312
Telecopier: (866) 707-0282
4

5 Attorneys for Defendants,
S.B. RESTAURANT, CO.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO RAMIREZ, an individual, | Case No.: C08-00099 MEJ |
| Plaintiff, | |
| vs. | **[PROPOSED]ORDER GRANTING JOINT STIPULATION TO EXTEND CASE MANAGEMENT CONFERENCE AND MOTION TO COMPEL ARBITRATION ORIGINALLY SET FOR APRIL 17, 2008** |
| S.B. RESTAURANT Co., a California corporation; and DOES 1 through 100, inclusive. | |
| Defendants. | Discovery cutoff: None<br>Motion cutoff: None<br>Trial: None |
| | [*Complaint Filed: Date January 7, 2008*] |

, -1-
**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND CASE MANAGEMENT CONFERENCE AND MOTION TO COMPEL ARBITRATION ORIGINALLY SET FOR APRIL 17, 2008**

1
2  IT IS HEREBY ORDERED that the Case Management Conference and Defendant's
3
4  Motion to Compel Arbitration be continued until _____.
5
6  _____            _____
   Dated:                    UNITED STATES DISTRICT COURT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28