United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO RAMIREZ, | No. C-08-00099 MEJ |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE;** |
| vs. | |
| S.B. RESTAURANT Co., a California Corporation; and DOES 1 through 100 inclusive, | **ORDER CONTINUING DEFENDANT'S MOTION TO COMPEL ARBITRATION** |
| Defendants. | |

Good cause showing, the Court hereby continues the hearing on Defendant's Motion to Compel Arbitration to June 26, 2008. The Court also Continues the Case Management Conference in this Matter to July 10, 2008. Each hearing is to take place at 10:00 a.m., in Courtroom B,. 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: April 7, 2008

MARIA-ELENA JAMES
United States Magistrate Judge