IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO RAMIREZ, | Case No. C-08-0099 MEJ |
| Plaintiff, | ORDER CONTINUING HEARING ON DEFENDANTS MOTION TO COMPEL ARBITRATION |
| vs. | |
| S.B. RESTAURANT CO. | |
| Defendant. | |

Judge James will be unavailable on June 26, 2008. The Court therefore continues the hearing on Defendant's Motion to Compel Arbitration to July 3, 2008, at 10:00 a.m., in Courtroom B., 450 Golden Gate Avenue, San Francisco, California, 94102

**IT IS SO ORDERED.**

Dated: June 10, 2008

MARIA-ELENA JAMES
United States Magistrate Judge