1  **McMILLION & HIRTENSTEINER, LLP**
Janine S. McMillion (SBN 195036)
2  16835 Algonquin, Suite 303
Huntington Beach, CA 92649
3  Telephone: (714) 642-1312
Telecopier: (866) 707-0282

Attorneys for Defendants,
S.B. RESTAURANT, CO.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO RAMIREZ, an individual, | Case No.: C08-00099 MEJ |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL** |
| S.B. RESTAURANT Co., a California corporation; and DOES 1 through 100, inclusive. | Discovery cutoff: None<br>Motion cutoff: None<br>Trial: None |
| Defendants. | [*Complaint Filed: Date January 7, 2008*] |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: July 1, 2008

_____
LAW OFFICES OF MICHAEL HERRICK
Michael Herrick, Esq.
Attorney for Plaintiff Julio Ramirez

_____
McMILLION & HIRTENSTEINER, LLP
Janine S. McMillion, Esq.
Attorney for Defendant S.B. Restaurant, Co.

-1-

STIPULATION OF DISMISSAL